IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRENDA HOKE                                                                                                    PLAINTIFF

v.                                          NO. 3:15-cv-00203 PSH

CAROLYN W. COLVIN, Acting Commissioner                                        DEFENDANT
of the Social Security Administration

### ORDER

The Acting Commissioner of the Social Security Administration ("Commissioner") has filed the pending unopposed motion to reverse and remand. See Pleading 15.[1] In the motion, the Commissioner asks that this case be reversed and remanded so as to allow her to conduct "further proceedings pursuant to sentence four of 42 U.S.C. 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991)." See Pleading 15 at 1. The Commissioner represents, and the Court accepts as true, that the attorney for plaintiff Brenda Hoke ("Hoke") does not oppose the granting of this motion.

For good cause shown, the motion to reverse and remand is granted. This case is reversed and remanded in accordance with the terms outlined by the Commissioner. The remand in this case is a "sentence four" remand. The dismissal of this case is without

---

[1] The Commissioner filed what appears to be an identical motion on the same day. See Pleading 16. Because the motion is duplicative, it is denied as moot.

prejudice to Hoke's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED this 5th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE