IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRENDA HOKE                                                                              PLAINTIFF

v.                              NO. 3:15-cv-00203 PSH

CAROLYN W. COLVIN, Acting Commissioner                          DEFENDANT
of the Social Security Administration

JUDGMENT

The ALJ's decision in the above-captioned matter is reversed. This case is remanded to the Acting Commissioner of the Social Security Administration pursuant to sentence four of 42 U.S.C. 405(g) for the purpose of conducting additional administrative proceedings consistent with the Order remanding this case.

IT IS SO ORDERED this 5th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE